**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**MICHAEL A. PRITCHETT, JR.**                                           **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO.:  1:12-cv-59-SA-DAS**

**REGIONS BANK, INC.**                                                  **DEFENDANT**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

This cause is before the Court on the motion, *ore tenus*, of the Parties for dismissal with prejudice of Plaintiff's Complaint.  The Court, having considered the motion and finding that the parties have resolved their differences, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims of the Plaintiff be, and they are hereby, dismissed with prejudice, with each party to bear his and its own costs and attorneys' fees.

SO ORDERED AND ADJUDGED, this the 5th day of March, 2014.

                                                        /s/ Sharion Aycock
                                                        UNITED STATES DISTRICT JUDGE

AGREED TO:

| | |
|---|---|
| */s/ Michael Farrell* | */s/ Timothy M. Threadgill* |
| Michael Farrell (MSB #5147) | Timothy M. Threadgill (MSB# 8886) |
| Mike Farrell, PLLC | BUTLER SNOW LLP |
| 210 East Capitol Street, Suite 2180 | P.O. Box 6010 |
| Jackson, Mississippi 39201 | Ridgeland, MS 39158-6010 |
| Tel:  601-948-8030 | Tel:  601-948-5711 |
| mike@farrell-law.net | Fax:  601-985-4500 |
| | tim.threadgill@butlersnow.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |